USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Regeneron Pharmaceuticals, Inc.,

                Plaintiff,

      –v–

Novartis Pharma AG, *et al.*,

                Defendants.

20-cv-5502 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      The Court is in receipt of Defendants' letter motion requesting that the Court extend Defendants' responsive pleading deadline from October 19, 2020 until 30 days after the Court resolves the Defendants' Motions to Dismiss, Transfer, or Stay, Dkt. Nos. 40, 43, and that the Court continue the initial case management conference at least until after the parties' dispute over venue is resolved. Dkt. No. 50. The Court is also in receipt of the Plaintiff's opposition. Dkt. No. 53. Having carefully considered the parties' arguments, Defendants' request to extend their responsive pleading deadline until 30 days after the Court resolves their pending Motion to Dismiss, Transfer, or Stay, Dkt. No. 40, is hereby DENIED.

      In addition, Defendants' request to adjourn the initial case management conference is DENIED. In light of the COVID-19 public health crisis, the Court will not hold the initial conference in this case in person. Counsel should submit their proposed case management plan and joint letter seven days prior to the scheduled conference, as directed in the Court's Notice of Initial Pretrial Conference. **In their joint letter, the parties should also indicate whether they can do without a conference altogether.** If so, the Court may enter a case management plan and scheduling order and the parties need not appear. If not, the Court will hold the initial pretrial conference by telephone, albeit perhaps at a different time than the currently scheduled time. To

that end, counsel should indicate in their joint letter all times on the date of the scheduled conference that they would be available for a telephone conference. In either case, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-alison-j-nathan.

    SO ORDERED.

Dated: October 14, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge